UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES E. BROWN, | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:10-01000 |
| | ) JUDGE HAYNES |
| METROPOLITAN GOVERNMENT OF NASHVILLE and DAVIDSON COUNTY, TENNESSEE, et al., | ) |
|     Defendants. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Metro and Individual Defendants' motion to dismiss (Docket Entry No. 33) and Trippe S. Fried's motion to dismiss (Docket Entry No. 34) are **GRANTED**. Plaintiff's takings, due process and equal protection claims are **DISMISSED without prejudice** as unripe. Plaintiff's defamation claim is **DISMISSED without prejudice**. Plaintiff's remaining claims under 42 U.S.C. §§ 1981, 1983 and 1985 are **DISMISSED with prejudice**. Plaintiff's motion for instructions for disposition of funds (Docket Entry No. 8) and Plaintiff's notice of errata and motion to strike allegations of criminal activity (Docket Entry No. 59) and the Metro and Individual Defendants' motion to stay discovery (Docket Entry No. 37) are **DENIED as moot**.

It is so **ORDERED**.

ENTERED this the 3rd day of February, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge